# DEBTOR CHANGE OF ADDRESS FORM

CASE # 0772261    Changed 02/17/10 AEH

DEBTOR(S) NAME David Dallas

NEW ADDRESS 11030 SW 138TH St

Miami FL 33176

_____

PHONE # (___)_____

NOTES:_____
_____
_____
_____

INITIALS: SD          DATE: 2-16-10

CHANGE OF INFO REQUESTED BY: (DEBTOR) ___ ATTORNEY ___ OTHER ___

CC: CLERK OF THE BANKRUPTCY CLERK